USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___7/19/2024___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

HUIAN WANG,

                        Plaintiff,

          -against-

AVI DESAI and AUTO LENDERS LIQUIDATION
CENTER, INC.,

                        Defendants.

-----------------------------------------------------------------X

**23-CV-9402 (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The parties shall file a joint status report by **August 5, 2024** providing an update on

whether the parties plan to engage in summary judgment motion practice or proceed to trial.


        **SO ORDERED.**

DATED:     New York, New York
            July 19, 2024

                                 _____
                                 KATHARINE H. PARKER
                                 United States Magistrate Judge

1