```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/27/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HUIAN WANG,

                              Plaintiff,                            23-CV-9402 (KHP)

        -against-                                             **ORDER**

AVI DESAI and AUTO LENDERS LIQUIDATION
CENTER, INC.,

                              Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       The pre-trial conference on March 3, 2025 is hereby adjourned. As stated in the Court's Order on December 6, 2024, the pre-trial conference will take place on **April 28, 2025 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

DATED:      New York, New York                  _____
               February 27, 2025                    KATHARINE H. PARKER
                                                          United States Magistrate Judge

1