USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/16/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
HUIAN WANG,

                              Plaintiff,                       **23-CV-9402 (KHP)**

         -against-                       **ORDER ADJOURNING JURY TRIAL**

AVI DESAI and AUTO LENDERS LIQUIDATION
CENTER, INC.,

                              Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      In light of the Stipulation of Voluntary Dismissal filed on April 16, 2025 (doc. no 53) the Jury Trial in this matter previously scheduled to begin on **May 12, 2025** is hereby adjourned *sine die*. The final Pre-trial Conference scheduled for **April 28, 2025** is canceled.

      **SO ORDERED.**

DATED:     New York, New York
               April 16, 2025

                                                  KATHARINE H. PARKER
                                                  United States Magistrate Judge